PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 1 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

U.S.A. vs.        Eduardo Valencia        Docket No.        2:10CR02106-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Eduardo Valencia who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 25th day of October 2010, under the following conditions:

**Condition #18**: The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Eduardo Valencia is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by having used heroin on or before March 23, 2011.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 31, 2011

by    s/James A. Moon

James A. Moon
U.S. Probation Officer

### THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[x]    The Issuance of a Summons
[ ]    Other

James P. Hutton
Signature of Judicial Officer

4/1/2011
Date