PROB 12C
(6/16)

Report Date: June 6, 2019

## United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Eduardo Valencia            Case Number: 0980 2:10CR02106-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮ Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 15, 2011

Original Offense:      Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison - 77 months              Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Thomas J. Hanlon                Date Supervision Commenced: December 30, 2016

Defense Attorney:       Federal Defenders Office       Date Supervision Expires: December 29, 2019

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 22, 2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: Mr. Valencia is alleged to being in possession of a controlled substance - methamphetamine, on May 28, 2019, as noted by the Prosser Police Department report case number 19-01490.<br><br>On January 3, 2017, supervised release conditions were reviewed and signed by Mr. Valencia acknowledging his understanding of mandatory condition number 2 and standard condition number 7.<br><br>According to the Prosser Police Department narrative report, on May 28, 2019, the arresting officer observed a vehicle in the Department of Transportation Rest Area in Prosser, Washington, and ran the registration.  The registered owner, Eduardo Valencia, came back |

Prob12C
Re: Valencia, Eduardo
June 6, 2019
Page 2

with a felony warrant out the U.S. Marshals Office in Yakima, Washington. The officer requested a second unit to assist prior to contacting the vehicle and stood by in the Shell station parking lot where the officer could keep a visual on the vehicle. While waiting for a cover unit to arrive, the officer observed a male get into the front, passenger side of the vehicle and the vehicle began to leave the rest area. The officer pulled out toward Merlot Drive and observed the vehicle turn westbound onto Merlot Drive. The officer observed the vehicle as it began to turn northbound onto Gap Road, failing to stop at the red light. The vehicle nearly caused a collision with an oncoming vehicle that had the right of way with a green turn signal. The officer pulled in behind the vehicle and activated the emergency lights to stop it for the violation.

As the officer approached the vehicle, the observed a butane canister on the rear deck of the back seats. Upon contact, there were three male occupants in the vehicle and the male in the rear seats appeared to be asleep, laying across the back seats with no seatbelt. The officer noted having observed a torn off, clear plastic baggie with unknown pills in them on the rear, passenger side floorboard. The officer informed the driver of the reason for the stop and requested his license, registration, and proof of insurance. The driver was identified but did not have his license. The officer asked about the insurance and the front passenger stated there was no insurance on the vehicle. The officer asked the front passenger if he was the registered owner of the vehicle, and he said he was. The officer asked if his name was Eduardo Valencia, who was listed as the registered owner, and he said yes.

The officer returned to the patrol car and ran a check on the driver, who came back with a valid driver`s license. Dispatch was able to confirm the felony U.S. Marshal warrant for Mr. Valencia. The officer made contact with Mr. Valencia on the passenger side of the vehicle and asked him to step out. As Mr. Valencia stepped out of the vehicle, the officer reported she observed a used needle on the front passenger side floorboard. Mr. Valencia was handcuffed, searched, and placed in the back seat of the patrol vehicle. Mr. Valencia was read his constitutional rights from the department issue card. Mr. Valencia stated he understood his rights and did not request an attorney. The officer asked Mr. Valencia if there were any narcotics in the vehicle besides the needle on the floorboard. Mr. Valencia stated that there were more needles in the passenger door holder.

According to the officer's narrative report, she stated that based on her training and experience, the paraphernalia located in the vehicle, conflicting stories, and narcotics history of at least one occupant, all led her to believe there may be controlled substances in the vehicle. The vehicle was secured and impounded.

The officer transported Mr. Valencia to the Benton County Jail where he was booked on his warrant. While at the jail, the officer asked Mr. Valencia if he used heroin or just methamphetamine. Mr. Valencia stated that his drug of choice was methamphetamine and he used needles to inject it. The officer returned to the Prosser Police Department and completed an electronic search warrant for the blue Mazda 3, Washington license plate BIJ3885, and emailed it to the Benton County Superior Court email account. At 0612 hours, Benton/Franklin County Superior Court Judge B. Spanner approved the request for a search warrant for the blue Mazda 3, Washington license plate BIJ3885.

As a result of the vehicle search, the following items were found: glass smoking pipe with a white and burnt residue believed to be methamphetamine; plastic baggie with

Prob12C
Re: Valencia, Eduardo
June 6, 2019
Page 3

approximately 2.2 grams of a white crystalline substance believed to be methamphetamine; digital scale with white residue; multiple needles, including two used needles with residue; a multicolored rubber box with a brown tar residue believed to be heroin; receipt from the casino belonging to Mr. Valencia; and a plastic container with an unknown substance.

It should be noted there was an airsoft gun located in the glove box of the Mr. Valencia's vehicle.

According to the arresting officer, charges for Mr. Valencia have been forward to the Benton County Prosecutor's Office for possession of methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 6, 2019

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/6/2019
Date