PROB 12C
(6/16)

Report Date: February 4, 2020

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 05, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eduardo Valencia                Case Number: 0980 2:10CR02106-RMP-1

Address of Offender:                              Toppenish, Washington 98948

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: December 15, 2011

Original Offense:         Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:        Prison - 77 months              Type of Supervision: Supervised Release
                          TSR - 36 months

Revocation Sentence:      Prison - 59 days
(07/16/2019)              TSR - 12 months

Asst. U.S. Attorney:      Thomas J. Hanlon                Date Supervision Commenced: July 26, 2019

Defense Attorney:         Paul E. Shelton                 Date Supervision Expires: July 25, 2020

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Valencia is considered to be in violation of his conditions of supervision by failing to report in person to the probation office on January 31, 2020.<br><br>On August 26, 2019, this officer met with Mr. Valencia upon his release from custody. Mr. Valencia reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.<br><br>On January 14, 2020, this officer met with Mr. Valencia at his residence. Mr. Valencia was instructed to report to the probation office on January 31, 2020.<br><br>On January 29, 2020, this officer attempted to contact Mr. Valencia at his residence. This officer met with his girlfriend and she stated Mr. Valencia was not home, but would be |

returning shortly. The undersigned left instructions for Mr. Valencia, with his girlfriend, to contact this officer via telephone upon his return home on that date, and to report in person to the probation office on January 31, 2020.

On January 31, 2020, Mr. Valencia failed to report to the probation office as directed. He did not make an effort to contact this officer and his current whereabouts are unknown.

2    **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Valencia is considered to be in violation of his conditions of supervision by failing to attend his follow-up substance abuse treatment appointment at Merit Resource Services (Merit) on January 2, 2020.

On August 26, 2019, this officer met with Mr. Valencia upon his release from custody. Mr. Valencia reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

On December 24, 2019, Mr. Valencia completed a substance abuse evaluation at Merit. He was scheduled for a follow-up appointment on January 2, 2020. On January 7, 2020, this officer was notified that Mr. Valencia did not show up for his follow-up appointment at Merit.

On January 14, 2020, this officer met with Mr. Valencia in regard to his follow-up appointment at Merit. Mr. Valencia confirmed he had not attended his follow-up appointment. He was instructed to contact Merit, complete the follow-up appointment, and obtain the evaluation results on or before January 31, 2020.

This officer contacted Merit to inquire if Mr. Valencia had received his results and recommendations. As of the this date, Mr. Valencia has not contacted Merit to follow-up on his substance abuse evaluation results and treatment recommendation.

3    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Valencia is considered to be in violation of his conditions of supervision by consuming a controlled substance, methamphetamine, on or about December 24, 2019.

On August 26, 2019, this officer met with Mr. Valencia upon his release from custody. Mr. Valencia reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.

Prob12C
**Re: Valencia, Eduardo**
**February 4, 2020**
**Page 3**

> On December 24, 2019, Mr. Valencia submitted to urinalysis (UA) testing at Merit. The specimen Mr. Valencia submitted was sent to Alere Toxicology Services (Alere) for testing. On January 7, 2020, this officer received confirmation the UA results were positive for the presence of methamphetamine.

4   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

> **Supporting Evidence**: Mr. Valencia is considered to be in violation of his conditions of supervision by failing to submit to random UA testing at Merit on January 9, 13, and 14, 2020.
>
> On August 26, 2019, this officer met with Mr. Valencia upon his release from custody. Mr. Valencia reviewed and signed the judgment and sentence, which outlined the conditions of his term of supervised release.
>
> Mr. Valencia failed to report to Merit for random UA testing on January 9 and 13, 2020.
>
> On January 14, 2020, this officer met with Mr. Valencia at his residence to follow-up on his no shows for UA testing at Merit. Mr. Valencia admitted to having not reported to Merit for UA testing on the above noted dates. Mr. Valencia stated that his cellular telephone had broken and he did not have the color line number saved elsewhere. This officer instructed Mr. Valencia to report to Merit on this date and submit to UA testing. Mr. Valencia stated he would report to Merit as instructed.
>
> Mr. Valencia failed to report to Merit and failed to submit to UA testing as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/04/2020

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Valencia, Eduardo**
**February 4, 2020**
**Page 4**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*(signature)*

Signature of Judicial Officer

_2/4/2020_

Date